My name is Thomas A. Carroll and on 7/27/2016, I plead guilty to Deformation of Rights Under the Color of the Law, in the Missouri eastern District, under document number 4:16CR148HEA in the Honorable Judge Henry Autrey's court. I was sentenced to 52 months.

I would like to request my court transcripts where Judge Autrey grants me 6 months half way house. I need this information for my counselor as the Bureau of Prisons does not have this information on file. This is the only portion of the transcripts that I need as I do not need the entire transcripts.

If a fee is assessed I can have my Power of Attorney, Catherine Gallaher pay any court fees required to get this information copied and mailed to me at my current housing in Seagoville, Texas.

Last, On August 8, 2017 my daughter Megan Carroll and on October 10, 2017 my son Dylan Carroll have both been diagnosed with Cystic Fibrosis (CF). I am currently being treated for Pulmonary Hypertension with a concern that I have CF on which I am being tested for at this time since it is a genetic disease.

The Bureau of Prisons has placed a Public Safety Factor upon me which makes me ineligible for a transfer closer to home, to a camp or for eligible programs that could reduce my sentence.

The financial burden on my children and family because of the distance is difficult, especially with the CF diagnoses and upcoming treatments. I would like Judge Autrey to consider an order for the Public Safety Factor to be removed and extending my halfway house to a year. This will hopefully put me closer to home so that I can help to care for my children's medical needs.

Respectfully,

*Thomas A. Carroll* 45765-044
Thomas A. Carroll 45765-044
P.O. Box 9000
Seagoville, TX 75159

Power of Attorney: Catherine Gallaher    cell-314-276-6803
2321 Gross Point
Wildwood, MO 63011

**FILED**

**OCT 23 2017**

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**RECEIVED**

OCT 23 2017

**BY MAIL**

⇔45765-044⇔
Thomas Carroll
PO BOX 9000 FED
Correctional Inst.
Seagoville, TX 75159
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
17 OCT 2017 PM 9 L



⇔45765-044⇔
Federal Court E Dist Of Mo
111 S 10TH ST
Saint Louis, MO 63102
United States

Suite 10.182

RECEIVED
OCT 23 2017
BY MAIL

LEGAL MAIL

63102-112894